# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Dean R. Anderson, and Debbi J. Anderson,<br><br>Plaintiffs,<br><br>vs.<br><br>Fibertec, Inc. a/k/a Fibertec Windows & Doors, Mfg.; Above and Beyond Construction, Inc.; Arlo Cooker; and E Ship One Inc.,<br><br>Defendants, | Civil No. 18-CV-01672 (PJS/LIB)<br><br>**ORDER GRANTING ADDITIONAL TIME TO RESPOND** |

The above matter came before the Court on July 25, 2018, on the parties Stipulation for Extension of Time to Respond to Complaint. No appearances were made.

Based on all the files and proceedings herein, the Court makes the following:

**ORDER**

1. Fibertec shall have until August 20, 2018 to submit a response to Plaintiffs' Complaint.

SO ORDERED.

Dated: July __, 2018

Leo I. Brisbois
United States Magistrate Judge